UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHARON RUTHERFORD,

                    Plaintiff,        **ORDER**
                                          CV 03-3648 (TCP)(ARL)

    -against-

THE WHITMORE GROUP, LTD.,

                    Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with the requirements of District Judge Platt.

      Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of District Judge Platt.

Dated:  Central Islip, New York            **SO ORDERED:**
         May 23, 2005


                                              _____/s/_____
                                              ARLENE R. LINDSAY
                                              United States Magistrate Judge